| DOE# | IP Address | Date & Time | File Hash | Title | ISP | P2P Protocol |
|---|---|---|---|---|---|---|
| 1 | 75.94.88.113 | 11/3/10 12:42 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Clearwire Corporation | BitTorrent |
| 2 | 68.34.111.2 | 10/16/10 10:22 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 3 | 68.48.202.10 | 10/26/10 7:46 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 4 | 68.50.209.125 | 11/14/10 3:47 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 5 | 68.50.29.62 | 10/26/10 3:03 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 6 | 68.55.128.215 | 10/11/10 1:14 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 7 | 68.55.57.88 | 10/16/10 2:44 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 8 | 69.138.70.91 | 10/4/10 6:02 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 9 | 69.140.66.145 | 10/13/10 12:06 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 10 | 69.243.96.13 | 10/8/10 12:42 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 11 | 69.250.127.247 | 10/16/10 3:53 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 12 | 69.250.57.167 | 10/5/10 1:48 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 13 | 69.251.28.184 | 9/30/10 5:45 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 14 | 69.255.249.137 | 10/9/10 1:33 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 15 | 76.21.131.11 | 10/11/10 2:34 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 16 | 98.231.145.101 | 11/2/10 4:32 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 17 | 108.12.168.52 | 10/31/10 4:57 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 18 | 173.64.106.232 | 11/6/10 12:20 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 19 | 173.64.95.91 | 10/5/10 4:47 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 20 | 173.67.36.177 | 10/18/10 5:44 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 21 | 173.73.184.149 | 10/25/10 8:55 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 22 | 173.79.30.39 | 11/21/10 1:04 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 23 | 173.79.59.173 | 10/11/10 5:04 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 24 | 173.79.81.231 | 10/25/10 12:29 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 25 | 70.22.32.193 | 10/7/10 5:37 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 26 | 71.178.229.57 | 10/10/10 3:31 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 27 | 71.179.190.90 | 10/17/10 12:21 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 28 | 71.255.184.252 | 10/25/10 12:00 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 29 | 72.66.27.193 | 11/8/10 12:37 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 30 | 72.84.142.80 | 10/26/10 10:41 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 31 | 74.103.124.127 | 11/5/10 11:40 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 32 | 74.103.98.127 | 11/7/10 9:06 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 33 | 74.107.92.114 | 10/28/10 2:34 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | 96.231.137.177 | 10/23/10 5:36 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 35 | 96.231.238.124 | 10/12/10 12:08 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 36 | 96.244.125.185 | 10/19/10 3:38 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 37 | 96.244.63.169 | 10/25/10 6:13 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |